UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JOSE BLAS,
      Petitioner,

v.

DAVID L. WINN
      Respondent.

CIVIL ACTION

NO.  04-40211-NG

## O R D E R

On October 20, 2004, petitioner Jose Blas, a prisoner confined at FMC Devens, filed a petition for a writ of habeas corpus under Section 2241.

ACCORDINGLY,

(1) The Clerk of this Court shall serve a copy of the Petition, by certified mail, upon (i) David Winn, Warden, FMC Devens, P.O. Box 879, Ayer, Massachusetts 01432; AND (ii) the United States Attorney;

(2) The Respondent shall, within 28 days of receipt of this Order, file an answer or other responsive pleading.

SO ORDERED.

| | |
|---|---|
| 10/26/2004 | s/ Nancy Gertner |
| Date | United States District Judge |

(2241servINS.wpd - 09/00)      [2241serv.]