**04-40211**

# FINANCIAL AFFIDAVIT

IN UNITED STATES ☐ MAGISTRATE ☒ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below)

IN THE CASE OF: Jose Blas v.s. David L. Winn

FOR: Writ of Mandamus / Habeas Corpus
AT: F.M.C. Devens

LOCATION NUMBER: ▸

PERSON REPRESENTED (Show your full name): ▸

- 1 ☒ Defendant—Adult
- 2 ☐ Defendant - Juvenile
- 3 ☐ Appellant
- 4 ☐ Probation Violator
- 5 ☐ Parole Violator
- 6 ☐ Habeas Petitioner
- 7 ☐ 2255 Petitioner
- 8 ☐ Material Witness
- 9 ☐ Other (Specify)

DOCKET NUMBERS
Magistrate:
District Court: 04-40211
Court of Appeals: 02-00115-CR-T-27EAJ

CHARGE/OFFENSE (describe if applicable & check box →): ☒ Felony  ☐ Misdemeanor
18 U.S.C. 2422(b)
18 U.S.C. 2423(b)
18 U.S.C. 2422(b)

---

**ASSETS**

**EMPLOYMENT**
- Are you now employed? ☒ Yes  ☐ No  ☐ Am Self-Employed
- Name and address of employer: FMC Devens P.O. Box 879 Ayer, MA 01432
- IF YES, how much do you earn per month? $ _____
- IF NO, give month and year of last employment. How much did you earn per month? $ _____
- If married is your Spouse employed? ☐ Yes ☐ No
- IF YES, how much does your Spouse earn per month? $ _____
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**OTHER INCOME**
- Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☒ No
- RECEIVED / SOURCES
- IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES $ _____

**CASH**
- Have you any cash on hand or money in savings or checking accounts? ☐ Yes ☒ No  IF YES, state total amount $ _____

**PROPERTY**
- Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☒ No
- IF YES, GIVE THE VALUE AND DESCRIBE IT   VALUE $ _____   DESCRIPTION _____

---

**DEPENDENTS**
- MARITAL STATUS: ☐ SINGLE  ☐ MARRIED  ☐ WIDOWED  ☒ SEPARATED OR DIVORCED
- Total No. of Dependents: 0
- List persons you actually support and your relationship to them: _____

**OBLIGATIONS & DEBTS**
- DEBTS & MONTHLY BILLS (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)
- APARTMENT OR HOME: _____
- Creditors: $ 0 / $ 0 / $ 0 / $ 0
- Total Debt: $ 0
- Monthly Paymt: $ 0

---

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 10/28/04

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▸ Jose Blas



# All Transactions

| Inmate Reg #: | 67734053 | Current Institution: | Devens FMC |
| Inmate Name: | BLAS, JOSE | Housing Unit: | J CCSOMP |
| Report Date: | 10/28/2004 | Living Quarters: | J03-327U |
| Report Time: | 3:08:55 PM | | |

| Date/Time | User Id | Transaction Type | Amount | Ref# | Payment# | Balance |
|---|---|---|---|---|---|---|
| 10/26/2004 8:38:09 PM | AMService | ITS Withdrawal | ($6.00) | ITS1026 | | $6.17 |
| 10/26/2004 11:53:22 AM | DEV3002 | Sales | ($21.35) | 25 | | $12.17 |
| 10/25/2004 2:12:12 PM | DEV2007 | Local Collections | $30.00 | 1215 | | $33.52 |
| 10/19/2004 5:20:37 PM | DEV3002 | Sales | ($1.30) | 15 | | $3.52 |
| 10/19/2004 5:19:38 PM | DEV3002 | Sales | ($11.45) | 14 | | $4.82 |
| 10/13/2004 12:06:00 PM | DEV3002 | Sales | ($25.35) | 41 | | $16.27 |
| 10/12/2004 2:19:53 PM | DEV2005 | Local Collections | $30.00 | 577 | | $41.62 |
| 10/10/2004 8:10:34 PM | AMService | ITS Withdrawal | ($3.00) | ITS1010 | | $11.62 |
| 10/5/2004 7:05:36 PM | AMService | ITS Withdrawal | ($2.00) | ITS1005 | | $14.62 |
| 10/5/2004 12:22:42 PM | DEV3002 | Sales | ($12.40) | 33 | | $16.62 |
| 10/5/2004 10:03:00 AM | DEV2007 | Payroll - IPP | $13.80 | 4JV157 | | $29.02 |
| 10/3/2004 12:52:51 PM | AMService | ITS Withdrawal | ($2.00) | ITS1003 | | $15.22 |
| 9/26/2004 1:42:56 PM | AMService | ITS Withdrawal | ($9.00) | ITS0926 | | $17.22 |
| 9/22/2004 11:52:50 AM | DEV3002 | Sales | ($24.70) | 27 | | $26.22 |
| 9/21/2004 10:29:52 PM | AMService | ITS Withdrawal | ($6.00) | ITS0921 | | $50.92 |
| 9/21/2004 2:04:58 PM | DEV2007 | Local Collections | $50.00 | 22214 | | $56.92 |
| 9/17/2004 11:48:00 AM | DEV3002 | Sales | ($65.00) | 37 | | $6.92 |
| 9/15/2004 11:43:12 AM | DEV3002 | Sales | ($7.90) | 25 | | $71.92 |
| 9/8/2004 12:27:06 PM | DEV3002 | Sales | ($5.60) | 52 | | $79.82 |
| 9/8/2004 12:26:01 PM | DEV3002 | Sales | ($33.20) | 51 | | $85.42 |
| 9/8/2004 8:40:02 AM | DEV2007 | FRP Quarterly Pymt | ($25.00) | ISO046 | | $118.62 |
| 9/8/2004 7:59:53 AM | DEV2007 | Payroll - IPP | $13.20 | 4JV146 | | $143.62 |
| 9/7/2004 5:50:35 PM | AMService | ITS Withdrawal | ($14.00) | ITS0907 | | $130.42 |
| 9/7/2004 1:15:56 PM | DEV2004 | Local Collections | $100.00 | 21321 | | $144.42 |
| 9/7/2004 1:15:56 PM | DEV2004 | Local Collections | $25.00 | 21359 | | $44.42 |
| 9/1/2004 11:33:58 AM | DEV3002 | Sales | ($24.90) | 23 | | $19.42 |
| 8/30/2004 9:27:03 PM | AMService | ITS Withdrawal | ($6.00) | ITS0830 | | $44.32 |
| 8/30/2004 1:43:52 PM | DEV2007 | Local Collections | $50.00 | 20890 | | $50.32 |
| 8/22/2004 11:02:19 AM | AMService | ITS Withdrawal | ($3.00) | ITS0822 | | $0.32 |
| 8/13/2004 9:29:12 PM | AMService | ITS Withdrawal | ($1.00) | ITS0813 | | $3.32 |
| 8/11/2004 5:41:02 PM | DEV3009 | Sales | ($22.50) | 93 | | $4.32 |
| 8/6/2004 12:38:23 PM | DEV3009 | Sales | ($8.40) | 69 | | $26.82 |
| 8/5/2004 8:33:16 PM | AMService | ITS Withdrawal | ($6.00) | ITS0805 | | $35.22 |
| 8/5/2004 1:56:18 PM | DEV2004 | Local Collections | $25.00 | 19607 | | $41.22 |
| 8/5/2004 7:07:54 AM | DEV2004 | Payroll - IPP | $12.00 | 4JV132 | | $16.22 |
| 8/2/2004 8:28:51 PM | AMService | ITS Withdrawal | ($1.00) | ITS0802 | | $4.22 |
| 7/28/2004 5:26:08 PM | DEV3002 | Sales | ($10.90) | 82 | | $5.22 |
| 7/21/2004 5:57:25 PM | DEV3007 | Sales | ($35.45) | 94 | | $16.12 |
| 7/18/2004 6:54:06 PM | AMService | ITS Withdrawal | ($2.00) | ITS0718 | | $51.57 |
| 7/15/2004 2:29:51 PM | DEV2006 | Local Collections | $20.00 | 18454 | | $53.57 |
| 7/14/2004 10:03:14 PM | AMService | ITS Withdrawal | ($5.00) | ITS0714 | | $33.57 |
| 7/8/2004 5:56:40 PM | DEV3006 | Sales | ($41.60) | 70 | | $38.57 |
| 7/6/2004 8:11:08 PM | AMService | ITS Withdrawal | ($4.00) | ITS0706 | | $80.17 |
| 7/6/2004 2:27:57 PM | DEV2007 | Local Collections | $30.00 | 17944 | | $84.17 |
| 7/6/2004 8:56:57 AM | DEV2007 | Payroll - IPP | $18.84 | 4JV117 | | $54.17 |
| 6/27/2004 10:13:59 PM | AMService | ITS Withdrawal | ($3.00) | ITS0627 | | $35.33 |
| 6/24/2004 1:49:33 PM | DEV2007 | Local Collections | $35.00 | 17259 | | $38.33 |
| 6/24/2004 12:08:43 PM | DEV3006 | Sales | ($12.00) | 30 | | $3.33 |
| 6/19/2004 12:46:33 PM | AMService | ITS Withdrawal | ($4.00) | ITS0619 | | $15.33 |
| 6/10/2004 12:07:22 PM | DEV3004 | Sales | ($10.75) | 37 | | $19.33 |

1 2

ViewAllTransCombined

## All Transactions

| | | |
|---|---|---|
| Inmate Reg #: | 67734053 | Current Institution: Devens FMC |
| Inmate Name: | BLAS, JOSE | Housing Unit: J CCSOMP |
| Report Date: | 10/28/2004 | Living Quarters: J03-327U |
| Report Time: | 3:09:07 PM | |

| Date/Time | User Id | Transaction Type | Amount | Ref# | Payment# | Balance |
|---|---|---|---|---|---|---|
| 6/7/2004 9:14:03 AM | DEV2007 | FRP Quarterly Pymt | ($50.00) | ISO037 | | $30.08 |
| 6/7/2004 8:13:23 AM | DEV2007 | Payroll - IPP | $18.12 | 4JV102 | | $80.08 |
| 6/3/2004 11:58:58 AM | DEV3006 | Sales | ($19.90) | 28 | | $61.96 |
| 5/27/2004 11:54:18 AM | DEV3006 | Sales | ($26.45) | 27 | | $81.86 |
| 5/20/2004 1:38:25 PM | DEV2007 | Local Collections | $40.00 | 15150 | | $108.31 |
| 5/20/2004 12:03:28 PM | DEV3007 | Sales | ($14.25) | 35 | | $68.31 |
| 5/13/2004 12:41:00 PM | DEV3007 | Sales | ($27.45) | 67 | | $82.56 |
| 5/10/2004 8:05:31 PM | AMService | ITS Withdrawal | ($12.00) | ITS0510 | | $110.01 |
| 5/10/2004 2:27:56 PM | DEV2007 | Local Collections | $30.00 | 14445 | | $122.01 |
| 5/9/2004 10:04:01 PM | AMService | ITS Withdrawal | ($10.00) | ITS0509 | | $92.01 |
| 5/7/2004 1:53:30 PM | DEV2007 | Local Collections | $80.00 | 14320 | | $102.01 |
| 5/5/2004 9:39:51 AM | DEV2007 | Payroll - IPP | $18.84 | 4JV082 | | $22.01 |
| 4/29/2004 11:57:15 AM | DEV3007 | Sales | ($17.05) | 30 | | $3.17 |
| 4/16/2004 11:55:46 AM | DEV3007 | Sales | ($3.30) | 42 | | $20.22 |
| 4/15/2004 11:54:27 AM | DEV3006 | Sales | ($22.00) | 27 | | $23.52 |
| 4/13/2004 7:50:57 PM | AMService | ITS Withdrawal | ($5.00) | ITS0413 | | $45.52 |
| 4/8/2004 1:02:09 PM | DEV3007 | Sales | ($21.25) | 55 | | $50.52 |
| 4/5/2004 9:17:13 AM | DEV2004 | Payroll - IPP | $19.64 | 4JV068 | | $71.77 |
| 3/25/2004 7:18:53 PM | AMService | ITS Withdrawal | ($4.00) | ITS0325 | | $52.13 |
| 3/22/2004 5:57:27 PM | AMService | ITS Withdrawal | ($2.00) | ITS0322 | | $56.13 |
| 3/22/2004 12:08:41 PM | DEV3007 | Sales | ($28.90) | 37 | | $58.13 |
| 3/18/2004 2:27:28 PM | DEV2007 | Local Collections | $30.00 | 11029 | | $87.03 |
| 3/15/2004 12:16:56 PM | DEV3007 | Sales | ($23.25) | 34 | | $57.03 |
| 3/8/2004 12:01:00 PM | DEV3006 | Sales | ($13.05) | 28 | | $80.28 |
| 3/7/2004 9:41:36 PM | AMService | ITS Withdrawal | ($6.00) | ITS0307 | | $93.33 |
| 3/5/2004 8:16:32 PM | AMService | ITS Withdrawal | ($6.00) | ITS0305 | | $99.33 |
| 3/5/2004 12:30:21 PM | DEV3002 | Sales | ($7.65) | 67 | | $105.33 |
| 3/5/2004 8:43:21 AM | DEV2004 | FRP Quarterly Pymt | ($50.00) | 91600124 | | $112.98 |
| 3/5/2004 7:32:10 AM | DEV2004 | Payroll - IPP | $21.64 | 4JV055 | | $162.98 |
| 3/1/2004 10:12:38 PM | AMService | ITS Withdrawal | ($2.00) | ITS0301 | | $141.34 |
| 3/1/2004 8:47:20 PM | AMService | ITS Withdrawal | ($3.00) | ITS0301 | | $143.34 |
| 3/1/2004 5:42:02 PM | DEV3007 | Sales | ($13.90) | 67 | | $146.34 |
| 3/1/2004 2:26:07 PM | DEV2007 | Local Collections | $20.00 | 9936 | | $160.24 |
| 3/1/2004 2:26:07 PM | DEV2007 | Local Collections | $30.00 | 9937 | | $140.24 |
| 2/26/2004 1:25:43 PM | DEV2007 | Local Collections | $30.00 | 9728 | | $110.24 |
| 2/23/2004 5:50:34 PM | DEV3007 | Sales | ($10.15) | 67 | | $80.24 |
| 2/22/2004 9:33:49 PM | AMService | ITS Withdrawal | ($3.00) | ITS0222 | | $90.39 |
| 2/20/2004 1:58:55 PM | DEV2006 | Local Collections | $60.00 | 9380 | | $93.39 |
| 2/9/2004 12:30:52 PM | DEV3001 | Sales | ($19.70) | 37 | | $33.39 |
| 2/6/2004 12:27:40 PM | DEV3006 | Sales | ($3.75) | 72 | | $53.09 |
| 2/5/2004 8:43:52 AM | DEV2007 | Payroll - IPP | $21.48 | 4JV043 | | $56.84 |
| 2/2/2004 12:15:16 PM | DEV3001 | Sales | ($27.75) | 28 | | $35.36 |
| 1/30/2004 12:20:44 PM | DEV3006 | Sales | ($2.15) | 61 | | $63.11 |

1 2