UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JOSE BLAS,
        Petitioner,

v.                                  C.A. No. 04-40211-NG

DAVID L. WINN
        Respondent.

**ORDER ON APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF FEES**

On October 26, 2004, an Order issued directing the Petitioner to either submit, within 42 days, the $5 filing fee or file a completed Application to Proceed Without Prepayment of Fees, accompanied by a certified account statement for the 6-month period immediately preceding the filing of his petition. On November 1, 2004, the Petitioner complied with the October 26th Order and filed an Application, a Financial Affidavit and a Certificate of the correctional counselor with respect to prison account information. Based on the information submitted, I find the Petitioner to qualify for *in forma pauperis* status, and I grant the Petitioner's Application and waive the $5 filing fee.

SO ORDERED.
Dated at Boston, Massachusetts, this 12th day of November, 2004.

                                              /s/ Nancy Gertner
                                              NANCY GERTNER
                                              UNITED STATES DISTRICT JUDGE